# EXHIBIT 2

 

Georgia-Pacific LLC
*Law Department*

133 Peachtree Street NE (30303-1847)
P.O. Box 105605
Atlanta, Georgia 30348-5605
(404) 652-7493
(404) 584-1461 fax
www.gp.com

January 28, 2010

**Matthew S. Morrison**
Senior Division Counsel
Consumer Products

**VIA FEDERAL EXPRESS (877) 305-8000**

Green Sky Cleaning Supply
108 Matrix Commons Dr.
Fenton, MO 63026
Attn: President

Re:  Unauthorized Distribution of enMotion® Dispensers and Towels

Dear Sir or Madam:

Georgia-Pacific Consumer Products LP ("GP") is the owner of the enMotion trademark which is the subject of U.S. federal registrations 2664519, 2738343, 2743984 and 2834670, among others. Moreover, GP is one of the world's largest producers of tissue, towel, napkin products and dispensers and is recognized as being associated with such products.

It has come to our attention that your company is offering for sale GP's enMotion dispensers as well as enMotion paper towels and non enMotion towels. As you are aware, the Dispensers are proprietary and are subject to a Dispenser Lease. Only authorized enMotion distributors are authorized to lease the Dispensers and sell the corresponding towels. Your company is not an authorized distributor of these proprietary products. Your company's use of the enMotion trademarks will mislead the trade and general public into believing that some association or relationship exists between our respective companies with relation to enMotion or that we have otherwise authorized your sale of these products.

This letter places your company on formal notice that offering the enMotion dispensers, enMotion towels and non enMotion towels for sale constitutes unauthorized and infringing use of the enMotion trademark. Further, these actions constitute tortious interference with our contractual relationships with our authorized distributors and end users. This infringing use and tortious interference may make you liable for monetary damages and related costs and expenses, including reasonable attorney fees, as well as equitable relief under both state and federal laws.

Accordingly, GP requires that you immediately cease and desist all advertising, marketing, selling and distributing of enMotion dispensers, enMotion towels and non

2027872_1.DOC

enMotion towels. In addition, GP requires that you provide the name of the party(ies) that have provided you these products as well as to whom your company has sold the dispensers and towels.

Please respond to this letter in writing within ten (10) days of receipt of this letter. Note that this letter does not waive any rights or damages accrued by virtue of your company's infringement(s) prior hereto.

Please contact Jessica Weinzierl at 404-652-5734 should you want to discuss this matter directly.

Sincerely,

Matthew S. Morrison

1704431-1