# EXHIBIT 3

 

Georgia-Pacific LLC
*Law Department*

133 Peachtree Street NE (30303-1847)
P.O. Box 105605
Atlanta, Georgia 30348-5605
(404) 652-7493
(404) 584-1461 fax
www.gp.com

February 9, 2010

**Matthew S. Morrison**
Senior Division Counsel
Consumer Products

<u>**VIA FEDERAL EXPRESS**</u> **(877) 305-8000**

Green Sky Cleaning Supply
108 Matrix Commons Dr.
Fenton, MO 63026
Attn: President

Re:   Unauthorized Distribution of enMotion® Towel Dispensers and Towels

Dear Sir or Madam:

   This letter is a second letter regarding your selling of Georgia-Pacific Consumer Products LP's ("GP") enMotion dispensers as well as enMotion roll towel product. Attached is a copy of the January 28, 2010 letter I sent you. We need your immediate response to resolve this matter.

   You are not an authorized enMotion distributor and should not be offering the GP enMotion dispensers or towels at all. GP must insist that you immediately cease and desist such activity. As indicated in the January 28, 2010 letter, your selling of unauthorized products constitutes trademark infringement and tortious interference with contract. GP will protect its trademark rights and contractual relationships and will pursue all remedies available to us at law and in equity.

   Please contact Jessica Weinzierl at 404-652-5734 as soon as possible to avoid further action.

Sincerely,

Matthew S. Morrison

2039941_1.DOC