UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, et al., ) ) ) Plaintiff(s), ) ) vs. ) ) GREEN SKY NORTHWEST, INC., ) d/b/a Green Sky Cleaning Supply, et al., ) ) Defendant(s). ) | Case No. 4:10CV00804 ERW |

## ORDER

Upon review of the Court file, the Court notes that there has been no activity from Defendant Green Sky Northwest, Inc., d/b/a Green Sky Cleaning Supply since return of service upon said Defendant.

**IT IS HEREBY ORDERED** that Plaintiffs shall file, no later than **June 30, 2010**, appropriate motions for entry of default and for default judgment, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration, as to said Defendant.

So Ordered this 8th day of June, 2010.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE